### TUHE v. EBER.

It is error for the judge to receive a verdict out of Court, and discharge the jury, without the consent of the parties.

*Per Curiam.*—In this case the verdict was received by the judge out of Court, and the jury discharged, without the consent of the parties, so that there was no opportunity to poll the jury. This was error. *Rosser* v. *McCally*, 9 Ind. 587. *Wright* v. *The State*, 11 *Id.* 569.

The judgment is reversed, with costs, and the cause remanded, etc.

*David Nation* and *Thomas S. Walterhouse*, for the appellant.